CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 0 9 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY ANDRA BRINKLEY, ) | |
| Plaintiff, ) | Civil Action No. 7:08cv00538 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| WARDEN, et al., ) | By: Hon. Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Brinkley's request to proceed in forma pauperis is **DENIED**, his complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 9th day of October, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge